Court of Criminal Appeals 27,413-08

TR.CT NO 03279-A

Wr.# 27,413-08

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

Change of Address

Louis Confer
S.T.I.S.F.
1511 ~~Scott~~ Preston
Houston, Texas
77002

I Have not received any correspondence since 6/17/2015 @ the Byrd Unit T.DC

Thank You

Louis Confer